| | | | |
|---|---|---|---|
| State v. K. J.† | 2016AP001501 | 08–08–2017 | Affirmed |
| State v. A.W.† | 2016AP001502, 2017AP000720 | 08–08–2017 | Affirmed |
| State v. K. J.† | 2017AP000721 | 08–08–2017 | Affirmed |
| Myers v. Wisconsin DNR | 2016AP001517 | 08–29–2017 | Affirmed/ reversed/ remanded |
| Manney v. Board of Fire & Police Comm'rs for the City of Milwaukee† | 2016AP001598 | 08–22–2017 | Affirmed |
| State v. Ewers† | 2016AP001671 CR | 08–22–2017 | Affirmed |
| Wade v. Pfister | 2016AP001693 | 08–24–2017 | Affirmed |
| State v. Thao† | 2016AP001758 CR | 08–15–2017 | Affirmed |
| State v. Martinez | 2016AP001773 CR | 08–15–2017 | Affirmed |
| TCAT Corp. v. LIRC† | 2016AP001779 | 08–24–2017 | Affirmed |
| Jackson v. Douglas | 2016AP001785 | 08–03–2017 | Reversed |
| State v. Mattingly† | 2016AP001910 CR | 08–08–2017 | Affirmed |
| Biermeier v. Campbell | 2016AP001915 | 08–31–2017 | Affirmed |
| Winnebago County v. C.S.† | 2016AP001955 | 08–16–2017 | Dismissed |
| State v. A. O.† | 2016AP002186 | 08–22–2017 | Affirmed |
| State v. Glover† | 2016AP002254 CR | 08–09–2017 | Affirmed |
| Nortunen v. Bishop | 2016AP002336 | 08–16–2017 | Affirmed |
| State v. J. L. B.† | 2016AP002358 | 08–03–2017 | Affirmed |
| State ex rel. Jardine v. Stensberg | 2016AP002421 | 08–15–2017 | Affirmed |
| State v. Felbab† | 2017AP000012 CR | 08–02–2017 | Affirmed |
| State v. D. J. A. R.† | 2017AP000052 | 08–03–2017 | Affirmed |
| Savvy Woman Secrets v. A Clean Carpet LLC | 2017AP000187 | 08–17–2017 | Reversed |
| State v. White† | 2017AP000188 CR | 08–23–2017 | Affirmed |
| Dodge County v. L. A. S. | 2017AP000302 | 08–17–2017 | Affirmed |
| State v. Johnson | 2017AP000331 CR | 08–23–2017 | Affirmed |

† Petition to review filed.